**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**JOE HAND PROMOTIONS, INC.,**

                    **Plaintiff,**　　　　　**REPORT AND**
　　　　　　　　　　　　　　　　　　　　　　　　**RECOMMENDATION**

           **-against-**　　　　　　　　　**20-CV-914 (LDH)**

**GARY GUZMAN, et al.,**

                    **Defendants.**
-----------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      Although this action was commenced on February 20, 2020, after serving the complaint, plaintiff took no further action to prosecute its claims. By Order to Show Cause dated July 7, 2020, this Court directed plaintiff to show cause, in writing, why the case should not be dismissed for lack of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. See Order to Show Cause (July 7, 2020), Electronic Case Filing Docket Entry #9. The Court warned plaintiff that a "[f]ailure to comply with this Order may result in a recommendation that the case be dismissed with prejudice." See id.

      Plaintiff has ignored this Court's Order and demonstrated its continued disinterest in pursuing its claims. Accordingly, it is the recommendation of this Court that the complaint be dismissed with prejudice for lack of prosecution.

      Any objections to this Report and Recommendation must be filed with the Honorable LaShann DeArcy Hall on or before August 3, 2020. Failure to file objections in a timely

manner may waive a right to appeal the District Court order. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a)(1), 72(b)(2); Caidor v. Onondaga Cty., 517 F.3d 601, 604 (2d Cir. 2008).

**SO ORDERED.**

Dated:   Brooklyn, New York
         July 20, 2020

                 /s/ *Roanne L. Mann*
                 **ROANNE L. MANN**
                 **UNITED STATES MAGISTRATE JUDGE**